

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2020

No. 04-19-00815-CR

Chace **WILKINSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6087
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

From the limited record before us, it appears that on November 7, 2019, the trial court revoked Appellant's probation and sentenced Appellant to confinement for one year in a State jail facility. Appellant timely filed a motion for new trial and a notice of appeal.

On March 10, 2020, Appellant's counsel filed a motion to dismiss the appeal which is signed by counsel but is not signed by Appellant. *Contra* TEX. R. APP. P. 42.2(a) (requiring the appellant's signature to authorize a voluntary motion to dismiss).

Counsel's motion to dismiss this appeal is DENIED without prejudice to filing a motion with the requisite signatures. *See id.* ("The appellant and his or her attorney must sign the written motion to dismiss . . . ."); *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court